AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E | US DISTRICT COURT | 05/23/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 210 FRANKLIN RD - ROOM 320￼  P O BOX 2822  ROANOKE, VA 24001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | The Ted Dalton American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE  2007 MAY 25  D 12: 24  RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | College of William and Mary, Marshall-Wythe School of Law, Williamsburg, VA | Food and lodging expenses to judge moot court competition, Williamsburg, VA; 2/17-18/2006 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Electric Power CS | B | Dividend | K | T | | | | | |
| 2. Conoco Phillips Corp. CS | A | Dividend | L | T | partial sale | 04/06 | J | A | |
| 3. | | | | | partial sale | 10/06 | J | A | |
| 4. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 5. Scott & Stringfellow Money Market Fund (X) | A | Dividend | K | T | | | | | |
| 6. Scottrade Money Market Fund (X) | A | Dividend | K | T | | | | | |
| 7. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 8. House 2 Lots Pulaski Co., VA | | None | M | Q | | | | | |
| 9. Suntrust Banks, Inc. CS | C | Dividend | M | T | | | | | |
| 10. CSX Corp CS | A | Dividend | J | T | | | | | |
| 11. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 12. St. Paul's Companies CS (Renamed The Travelers Companies) | A | Dividend | K | T | | | | | |
| 13. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 14. Glaxo Smithkline CS | A | Dividend | L | T | | | | | |
| 15. Merck & Co. Inc. CS | A | Dividend | K | T | | | | | |
| 16. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 17. Verizon Communications CS | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Quest Communications CS | | None | J | T | | | | | |
| 19. AT&T Corp. CS | | None | K | T | buy | 10/06 | J | | |
| 20. First Fin Fund, Inc. (Mutual Fund) | B | Dividend | M | T | | | | | |
| 21. Bell South Corp. CS | A | Dividend | K | T | | | | | |
| 22. Wachovia Corp. CS | A | Dividend | K | T | | | | | |
| 23. FBR Virginia Tax Free Bond Fund (See VIII) | A | Dividend | L | T | | | | | |
| 24. Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |
| 25. ████████ (1/5 interest) Dare County, NC | D | Rent | M | Q | | | | | |
| 26. Gateway Inc. CS | | None | J | T | | | | | |
| 27. Abbott Laboratories CS | A | Dividend | L | T | | | | | |
| 28. Pfizer Inc. CS | A | Dividend | K | T | | | | | |
| 29. Comcast Corp. CS | | None | J | T | | | | | |
| 30. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 31. FBR Virginia Tax Free Bond Fund | B | Dividend | M | T | partial sale | 01/06 | J | | |
| 32. | | | | | partial sale | 07/06 | K | | |
| 33. Stamp collection | | None | L | W | | | | | |
| 34. Coin collection | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wyeth Inc. CS | A | Dividend | J | T | | | | | |
| 36. MEDCO Health CS | | None | J | T | | | | | |
| 37. Archer Daniels Midland Co. CS | A | Dividend | K | T | Sell | 05/06 | J | | |
| 38. BP PLC CS | A | Dividend | J | T | Sell | 09/06 | J | B | |
| 39. Berkshire Hathaway, Inc. CS | | None | J | T | | | | | |
| 40. Burlington Resources, Inc. CS | A | Dividend | K | T | Sell | 04/06 | J | | |
| 41. Conagra Foods, Inc. CS | A | Dividend | J | T | Sell | 02/06 | J | | |
| 42. Danaher Corp. CS | A | Dividend | J | T | | | | | |
| 43. Fluor Corp. CS | A | Dividend | K | T | Sell | 08/06 | K | D | |
| 44. Harris Corp. CS | A | Dividend | K | T | Sell | 11/06 | K | D | |
| 45. IShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 46. New River Pharmaceuticals CS | | None | O | T | Buy | 01/06 | L | | |
| 47. | | | | | Stock split | 01/06 | | | |
| 48. Newmont Mining Corp. CS | A | Int./Div. | K | T | | | | | |
| 49. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 50. Questar Corp. CS | A | Dividend | J | T | Sell | 03/06 | J | | |
| 51. Schlumberger LTD CS | A | Dividend | K | T | partial sale | 01/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hospira (spinoff of Abbott Laboratories) CS | | None | J | T | | | | | |
| 53. Caterpillar CS | A | Dividend | J | T | Buy | 01/05 | J | | |
| 54. Rollins CS | A | Dividend | J | T | Sell | 03/06 | J | | |
| 55. Stericycle CS | A | Dividend | K | T | Buy | 11/05 | J | | |
| 56. Motorola CS | A | Dividend | J | T | Sell | 11/06 | J | | |
| 57. Teva Pharmaceutical CS | A | Dividend | J | T | Sell | 07/06 | J | | |
| 58. Walgreen CS | A | Dividend | J | T | Sell | 04/06 | J | | . |
| 59. Intuit CS | | None | J | T | | | | | |
| 60. Infosys Technology CS | A | Dividend | J | T | Buy | 12/06 | J | | |
| 61. Omnicom Group, Inc. CS | A | Dividend | J | T | Buy | 11/06 | J | | |
| 62. Dover Corp. CS | A | Dividend | J | T | Buy | 02/06 | J | | |
| 63. Varian Medical Systems Inc. CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 64. | | | | | Sell | 10/06 | J | | |
| 65. Intermagnetics General Corp. CS | A | Dividend | J | T | Buy | 01/06 | J | | |
| 66. | | | | | Buy | 02/06 | J | | |
| 67. | | | | | Sell | 11/06 | J | | |
| 68. Allstate Corp. CS | A | Dividend | J | T | Buy | 10/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proctor & Gamble CS | A | Dividend | J | T | Buy | 03/06 | J | | |
| 70. Realty Income Group CS | A | Dividend | J | T | Buy | 11/06 | J | | |
| 71. Alliance Data Systems CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 72. Rockwell Automation, Inc. CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 73. | | | | | Sell | 08/06 | J | | |
| 74. Lockheed Martin Corp. CS | A | Dividend | J | T | Buy | 07/06 | J | | |
| 75. News Corp. (Class B) CS | A | Dividend | J | T | Buy | 08/06 | J | | |
| 76. Belden CDT Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 77. Energizer Holdings, Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 78. | | | | | Sell | 12/06 | J | | |
| 79. Carmax, Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 80. Bard C.R. Inc. CS | A | Dividend | J | T | Buy | 10/06 | J | | |
| 81. Idearc Inc. (spinoff of Verizon) CS | A | Dividend | J | T | spinoff | 11/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line #6 - Appraisal date - May 2004
Line #21 and #22 - ▮▮▮▮▮▮ownership ▮▮▮▮
Line #23 - Appraisal date - September 1999

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓ Date  _MAy 23, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br>P O BOX 2822<br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | The Ted Dalton American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | College of William and Mary, Marshall-Wythe School of Law, Williamsburg, VA | Food and lodging expenses to judge moot court competition, Williamsburg, VA; 2/17-18/2006 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Electric Power CS | B | Dividend | K | T | | | | | |
| 2. Conoco Phillips Corp. CS | A | Dividend | L | T | partial sale | 04/06 | J | A | |
| 3. | | | | | partial sale | 10/06 | J | A | |
| 4. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 5. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 6. Scottrade Money Market Fund | A | Dividend | K | T | | | | | |
| 7. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 8. House ███ Pulaski Co., VA | | None | M | Q | | | | | |
| 9. Suntrust Banks, Inc. CS | C | Dividend | M | T | | | | | |
| 10. CSX Corp CS | A | Dividend | J | T | | | | | |
| 11. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 12. St. Paul's Companies CS (Renamed The Travelers Companies) | A | Dividend | K | T | | | | | |
| 13. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 14. Glaxo Smithkline CS | A | Dividend | L | T | | | | | |
| 15. Merck & Co. Inc. CS | A | Dividend | K | T | | | | | |
| 16. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 17. Verizon Communications CS | C | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Quest Communications CS | | None | J | T | | | | | |
| 19.   AT&T Corp. CS | | None | K | T | buy | 10/06 | J | | |
| 20.   First Fin Fund, Inc. (Mutual Fund) | B | Dividend | M | T | | | | | |
| 21.   Bell South Corp. CS | A | Dividend | K | T | | | | | |
| 22.   Wachovia Corp. CS | A | Dividend | K | T | | | | | |
| 23.   FBR Virginia Tax Free Bond Fund (See VIII) | A | Dividend | L | T | | | | | |
| 24.   Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |
| 25.   ██████(1/5 interest) Dare County, NC | D | Rent | M | Q | | | | | |
| 26.   Gateway Inc. CS | | None | J | T | | | | | |
| 27.   Abbott Laboratories CS | A | Dividend | L | T | | | | | |
| 28.   Pfizer Inc. CS | A | Dividend | K | T | | | | | |
| 29.   Comcast Corp. CS | | None | J | T | | | | | |
| 30.   Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 31.   FBR Virginia Tax Free Bond Fund | B | Dividend | M | T | partial sale | 01/06 | J | | |
| 32. | | | | | partial sale | 07/06 | K | | |
| 33.   Stamp collection | | None | L | W | | | | | |
| 34.   Coin collection | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wyeth Inc. CS | A | Dividend | J | T | | | | | |
| 36. MEDCO Health CS | | None | J | T | | | | | |
| 37. Archer Daniels Midland Co. CS | A | Dividend | K | T | Sell | 05/06 | J | | |
| 38. BP PLC CS | A | Dividend | J | T | Sell | 09/06 | J | B | |
| 39. Berkshire Hathaway, Inc. CS | | None | J | T | | | | | |
| 40. Burlington Resources, Inc. CS | A | Dividend | K | T | Sell | 04/06 | J | | |
| 41. Conagra Foods, Inc. CS | A | Dividend | J | T | Sell | 02/06 | J | | |
| 42. Danaher Corp. CS | A | Dividend | J | T | | | | | |
| 43. Fluor Corp. CS | A | Dividend | K | T | Sell | 08/06 | K | D | |
| 44. Harris Corp. CS | A | Dividend | K | T | Sell | 11/06 | K | D | |
| 45. IShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 46. New River Pharmaceuticals CS | | None | O | T | Buy | 01/06 | L | | |
| 47. | | | | | Stock split | 01/06 | | | |
| 48. Newmont Mining Corp. CS | A | Int./Div. | K | T | | | | | |
| 49. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 50. Questar Corp. CS | A | Dividend | J | T | Sell | 03/06 | J | | |
| 51. Schlumberger LTD CS | A | Dividend | K | T | partial sale | 01/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hospira (spinoff of Abbott Laboratories) CS | | None | J | T | | | | | |
| 53. Caterpillar CS | A | Dividend | J | T | Buy | 01/05 | J | | |
| 54. Rollins CS | A | Dividend | J | T | Sell | 03/06 | J | | |
| 55. Stericycle CS | A | Dividend | K | T | Buy | 11/05 | J | | |
| 56. Motorola CS | A | Dividend | J | T | Sell | 11/06 | J | | |
| 57. Teva Pharmaceutical CS | A | Dividend | J | T | Sell | 07/06 | J | | |
| 58. Walgreen CS | A | Dividend | J | T | Sell | 04/06 | J | | |
| 59. Intuit CS | | None | J | T | | | | | |
| 60. Infosys Technology CS | A | Dividend | J | T | Buy | 12/06 | J | | |
| 61. Omnicom Group, Inc. CS | A | Dividend | J | T | Buy | 11/06 | J | | |
| 62. Dover Corp. CS | A | Dividend | J | T | Buy | 02/06 | J | | |
| 63. Varian Medical Systems Inc. CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 64. | | | | | Sell | 10/06 | J | | |
| 65. Intermagnetics General Corp. CS | A | Dividend | J | T | Buy | 01/06 | J | | |
| 66. | | | | | Buy | 02/06 | J | | |
| 67. | | | | | Sell | 11/06 | J | | |
| 68. Allstate Corp. CS | A | Dividend | J | T | Buy | 10/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proctor & Gamble CS | A | Dividend | J | T | Buy | 03/06 | J | | |
| 70. Realty Income Group CS | A | Dividend | J | T | Buy | 11/06 | J | | |
| 71. Alliance Data Systems CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 72. Rockwell Automation, Inc. CS | A | Dividend | J | T | Buy | 05/06 | J | | |
| 73. | | | | | Sell | 08/06 | J | | |
| 74. Lockheed Martin Corp. CS | A | Dividend | J | T | Buy | 07/06 | J | | |
| 75. News Corp. (Class B) CS | A | Dividend | J | T | Buy | 08/06 | J | | |
| 76. Belden CDT Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 77. Energizer Holdings, Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 78. | | | | | Sell | 12/06 | J | | |
| 79. Carmax, Inc. CS | A | Dividend | J | T | Buy | 09/06 | J | | |
| 80. Bard C.R. Inc. CS | A | Dividend | J | T | Buy | 10/06 | J | | |
| 81. Idearc Inc. (spinoff of Verizon) CS | A | Dividend | J | T | spinoff | 11/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line #6 - Appraisal date - May 2004
Line #21 and #22 - ███████████████████
Line #23 - Appraisal date - September 1999

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████ Date  MAy 4, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544